# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160290(54)

*In re* APPLICATION OF INDIANA MICHIGAN
POWER COMPANY TO INCREASE RATES.
_____

INDIANA MICHIGAN POWER COMPANY,
     Petitioner-Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION
and ASSOCIATION OF BUSINESSES
ADVOCATING FOR TARIFF EQUITY,
     Appellees.
_____/

SC: 160290
COA: 343767
MPSC: 00-018370

     On order of the Chief Justice, the motion of Consumers Energy Company to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 10, 2019, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019      

Clerk